**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 22-21918-CIV-WILLIAMS**

JAMEKA BROWN,

      Plaintiff,

vs.

UNIVERSAL PROTECTION
SERVICE LLC, *et al.*,

      Defendants.

_____/

## ORDER

      **THIS MATTER** is before the Court on Magistrate Judge Chris M. McAliley's Report and Recommendation ("***Report***") (DE 29) on the Parties' Joint Motion to Approve Settlement and for Stipulation of Dismissal with Prejudice (the "***Joint Motion***") (DE 28). No objections were filed to the Report, which recommends that the Court grant the Joint Motion, approve the Parties' Settlement Agreement (DE 28-1), and dismiss this matter with prejudice. (DE 29 at 2.) Upon a careful review of the Report, the Joint Motion, and the record, it is **ORDERED AND ADJUDGED** that:

1. Judge McAliley's Report (DE 29) is **AFFIRMED AND ADOPTED**.

2. The Settlement Agreement (DE 28-1) is **APPROVED**.

3. This matter is **DISMISSED WITH PREJUDICE**.

4. The Court will retain jurisdiction for thirty (30) days from the date of this Order to enforce the Parties' settlement agreement.

**DONE AND ORDERED** in chambers in Miami, Florida, this <u>1st</u> day of September,

2022.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE